| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Illston, Susan Y. | U.S. District Court, N.D. Cal. | 12/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
450 Golden Gate Avenue
San Francisco, CA
94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Association of Business Trial Lawyers, Northern California |
| 2. | Custodian | ▬ Insurance Policies |
| 3. | Custodian | ▬ Annuities |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | JAMS, Inc. - payments |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association -- EEO Committee | 4/4/13-4/7/13 | Savannah, GA | Educational seminar or program | Travel, food, and lodging reimbursement |
| 2. | American Bar Association -- Antitrust Division | 4/8/13-4/12/13 | Washington, DC | Educational seminar or progam | Travel, food, and lodging reimbursement |
| 3. | Association of Business Trial Lawyers | 10/4/13-10/6/13 | Laguna Nigel, CA | Educational seminar or progam | Travel, food, and lodging reimbursement |
| 4. | Eastern District of Texas Bench and Bar Association | 10/31/13-11/1/13 | Plano, TX | Educational seminar or progam | Travel, food, and lodging reimbursement |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase | Credit Cards | J |
| 2. | Citibank | Credit Cards | J |
| 3. | Schwab Bank | Credit Cards | J |
| 4. | Wells Fargo | Credit Cards | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | I. Schwab Inst'l Rollover IRA | A | Int./Div. | O | T | | | | | |
| 2. | Aberdeen Emerging Markets Fund | | | | | | | | | |
| 3. | Akre Focus Fund | | | | | | | | | |
| 4. | Baxter International Inc. | | | | | Buy | 10/10/13 | J | | |
| 5. | Comcast | | | | | | | | | |
| 6. | Covidien | | | | | | | | | |
| 7. | Devon Energy | | | | | Buy | 07/02/13 | J | | |
| 8. | Emerson Electric | | | | | Sold (part) | 10/18/13 | J | D | |
| 9. | Exxon | | | | | Sold (part) | 07/02/13 | J | C | |
| 10. | FPA Crescent Fund | | | | | Buy | 10/18/13 | J | | |
| 11. | General Electric | | | | | | | | | |
| 12. | GS - Structured Note MSCI EM 2014 | | | | | | | | | |
| 13. | Harbor Cap Appreciation Fund | | | | | Buy (add'l) | 10/18/13 | J | | |
| 14. | Harbor International Fund | | | | | | | | | |
| 15. | Ishares Biotech Fund | | | | | | | | | |
| 16. | J.P. Morgan | | | | | Sold (part) | 05/30/13 | J | B | |
| 17. | Johnson and Johnson | | | | | Sold (part) | 05/24/13 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Longleaf Partners Fund | | | | | Sold (part) | 10/18/13 | K | D | |
| 19. Loomis Sayles Bond Fund | | | | | | | | | |
| 20. Loomis Sayles High Income | | | | | Buy | 09/11/13 | K | | |
| 21. | | | | | Buy | 10/18/13 | K | | |
| 22. Matthews China Small Company Fund | | | | | Buy | 03/28/13 | J | | |
| 23. Merck & Company | | | | | Sold | 10/10/13 | J | C | |
| 24. Metlife | | | | | | | | | |
| 25. Metlife Convert 2012 | | | | | Buy | 05/09/11 | J | | |
| 26. Microsoft | | | | | | | | | |
| 27. Pimco Total Return Fund | | | | | | | | | |
| 28. Pimco Unconstrated Bond | | | | | | | | | |
| 29. RS Partner Fund | | | | | | | | | |
| 30. Schlumberger LTD | | | | | | | | | |
| 31. Schwab Advisor Standard (Cash) | | | | | | | | | |
| 32. Schwab U.S. Treas. FD | | | | | | | | | |
| 33. Sequoia Fund | | | | | | | | | |
| 34. T. Rowe Floating Rate Fund fka T. Rowe Price Inst. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Tweedy Browne Global | | | | | | | | | |
| 36. Vanguard Corp. Bond ETF | | | | | Buy | 10/21/13 | J | | |
| 37. Vanguard Mortgage Backed Sec ETF | | | | | Buy | 10/21/13 | K | | |
| 38. Vangaurd Total Bond Market Index | | | | | | | | | |
| 39. Vodafone Group ADR | | | | | | | | | |
| 40. Wells Fargo Structured Note S&P 500 | | | | | | | | | |
| 41. II. Schwab One Brokerage Inst'l | | | | | | | | | |
| 42. Aberdeen Emerging Markets | A | Int./Div. | K | T | | | | | |
| 43. Akre Focus Fund | | None | J | T | | | | | |
| 44. Apple Computer | A | Dividend | K | T | Buy | 01/24/13 | J | | |
| 45. Covidien PLC | A | Dividend | J | T | | | | | |
| 46. Goldman Sachs | | None | J | T | Buy | 05/13/13 | J | | |
| 47. GS Gold Mine Linked Note 2016 | | | | | Buy | 05/13/13 | J | | |
| 48. Halliburton | A | Int./Div. | K | T | | | | | |
| 49. MV Goldminers | | None | J | T | Sold | 05/13/13 | J | D | |
| 50. Oracle | | None | J | T | | | | | |
| 51. Schwab Muni Money Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 12/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vangaurd MSCI EM ETF | | None | J | T | | | | | |
| 53. Ill. Schwab SEP IRA | | | | | | | | | |
| 54. Schwab Cash Reserves Money Market Account | | None | M | T | Buy | 04/15/13 | K | | |
| 55. Citibank account | A | Interest | N | T | | | | | |
| 56. Bank of America account | A | Interest | M | T | | | | | |
| 57. Northwestern Mutual Life Insurance Assets | | | | | | | | | |
| 58. Northwestern Mut. Life Annuity | A | Interest | M | T | | | | | |
| 59. Northwestern Mutual Life ▮ Insurance | | None | N | T | | | | | |
| 60. Northwestern Mutual Life ▮ Annuities | A | Distribution | L | T | | | | | |
| 61. Northwestern Mutual Life Insurance Trust | | None | P1 | T | | | | | |
| 62. Chase Bank Account | A | Interest | O | T | | | | | |
| 63. Wells Fargo Bank account | A | Interest | K | T | | | | | |
| 64. Provident Federal Credit Union | A | Interest | O | T | | | | | |
| 65. Selected American Shares | | | | | Sold | 8/3/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 12/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On December 1, 2014, the Committee sent me a letter highlighting certain issues regarding my 2012 and 2013 financial disclosure reports. In response, I am filing this amended report which includes the changes to Part VII discussed below. Below I address each issue raised by the Committee in turn.

1. Part VII, p. 5, line 25 of 2013 Report. MetLife Convert 2012 was previously bought on 05/09/11, but erroneously omitted from prior reports.

2. Part VII, p. 5, line 34 of 2013 Report. T. Rowe Floating Rate Fund was formerly known as T. Rowe Price Inst., which was bought on 09/13/11 and correctly reported on the 2011 Report. They are the same financial instrument.

3. Part VII, p. 7, line 54 of 2013 Report. Schwab Cash Reserves Money Market Account is the only asset in the new SEP-IRA.

4. Part VII, p.5, line 34 of 2012 Report. Selected American Shares was sold on 08/03/12 for $24,864.59 but was not included on the 2012 Report.

5. Part VII, p. 6, line 36 of 2012 Report. See comment (2) above.

| Name of Person Reporting | Date of Report |
|---|---|
| Illston, Susan Y. | 12/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan Y. Illston**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544